UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: Bankr. Case No. 21-13411

Danesa Myisha Danyell White Chapter 7

Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Daimler Trust hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

BK Servicing, LLC

By /s/ Ed Gezel

Ed Gezel, Agent
BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011
651-366-6390
notices@bkservicing.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: Bankr. Case No. 21-13411

Danesa Myisha Danyell White Chapter 7

Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on July 21, 2021 :

Chad M. Golightly
Fair Fee Legal Services
8665 South Eastern Ave, Ste 101
Las Vegas, NV 89123

Ryan A. Andersen
3199 E Warm Springs Rd Ste 400
Las Vegas, NV 89120

By /s/ Ed Gezel, Agent
Ed Gezel

517725

Ed Gezel
BK Servicing, LLC
P.O. Box 131265
Roseville, MN 55113-0011
651-366-6390
notices@bkservicing.com