NVB 4002 (Rev. 7/16)

| | |
|---|---|
| NVB 4002 Rev (7/16) | Fair Fee Legal Services, 8665 S Eastern Ave Las Vegas, NV, 89123<br>Phone: #702-703-3333 Attorney: Chad Golightly<br>Bar: #5331 Email: notices@fairfeelegalservices.com |

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: DANESA MYISHA DANYELL WHITE )
) BK- 21-13411
)
) Chapter: 7
)
) Trustee: ANDERSEN
Debtor. )
) **CHANGE OF ADDRESS OF:**
) ( ) DEBTOR
) (✓) CREDITOR
) ( ) OTHER
)

I request that notice be sent to the following address: (please print)

RIO LAS VEGAS
Name
Attn: LV - ACTIVEMRK
Address
PO Box 96506

Las Vegas          NV          89195
City         State         Zip Code

Please check the applicable boxes:

☑ The change of address is applicable only in the above captioned case.

☐ The change of address is also applicable in the following related cases: (*please list the case numbers*) _____.

☐ Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject line of all emailed court orders and notices.)

1
2          Debtor's DeBN account number _____
3          Joint Debtor's DeBN account number _____
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21    DATE: 08/12/21                              *Chad Golightly*
                                                 SIGNATURE
22
23    **NOTE**: Please submit an original and one copy for the record.
24
25
26

2